UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATARINA GORDON,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C23-1618 RSM<br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

Based on Defendant's Unopposed Motion to Amend the Scheduling Order, and without opposition from Plaintiff's counsel, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 20, 2024, to file its responsive brief; and

- Plaintiff shall have up to and including April 3, 2024, to file the optional reply brief.

DATED this 16th day of February, 2024.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1